# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,

vs.

THE NINTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
DOUGLAS; AND THE HONORABLE
NATHAN TOD YOUNG, DISTRICT
JUDGE,
Respondents,
    and
TRENT LAWRENCE GETTY,
Real Party in Interest.

No. 70358

FILED

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the notice filed on May 11, 2016, the petition is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Nathan Tod Young, District Judge
       Attorney General/Carson City
       Douglas County District Attorney/Minden
       Maria Pence, Esq.
       Douglas County Clerk

16-14768